UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.   **2:23-cv-09325-FLA (DTB)**                                              Date: **April 25, 2024**

Title: **Larry Jenkins v. James Hill, Warden**
==============================================================
**DOCKET ENTRY**
==============================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| S. Lorenzo | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PETITIONER:           ATTORNEYS PRESENT FOR RESPONDENT:
      None present                                                                  None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE PETITIONER'S ADDRESS**

On November 2, 2023, petitioner filed a Petition for Writ of Habeas Corpus herein.  (Dkt. # 1.)  The matter was transferred to this Court's calendar on November 22, 2023.  (Dkt. # 4.)  On December 18, 2023, the Court issued its Order Requiring Response to Petition ("Order").  (Dkt. # 6.)  In Response to the Court's Order, respondent filed a Motion to Dismiss the Petition ("Motion") on February 16, 2024.  (Dkt. # 14.)   Pursuant to the Court's Order, petitioner's opposition, if any, to the Motion was due on or before March 16, 2024.  As petitioner had not filed such, the Court, on its own motion, *sua sponte*, extended petitioner's within which to file an opposition in its April 2, 2024 Minute Order ("Minute Order").  (Dkt. # 18.)  On April 23, 2024, the Court received its Minute Order returned from the institution marked as "Return to Sender Inactive."  (Dkt. # 19.)

Pro se litigants are required to keep the Court and opposing parties apprised of their current address.  Central District of California Local Rule 41-6.  Therefore, petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules.  Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause.  Petitioner's response is due no later than **May 10, 2024.**

MINUTES FORM 11                                                                                      Initials of Deputy Clerk   SL
CIVIL-GEN

**Petitioner is hereby cautioned that failing to comply with this Order to Show Cause may result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**