UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JENKINS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES HILL, ACTING WARDEN,<br><br>　　　　Respondent. | Case No. 2:23-cv-09325-FLA (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: July 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1