JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JENKINS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES HILL, ACTING WARDEN,<br><br>　　　　　Respondent. | Case No. 2:23-cv-09325-FLA (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: July 1, 2024

　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge

1